NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Farida Chehata
CAIR-LA
2180 W Crescent Ave Ste F
Anaheim, CA 92801

ATTORNEY(S) FOR: Council on American-Islamic Relations

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Larry Klayman | | CASE NUMBER: |
| | Plaintiff(s), | 17-cv-01703 |
| v. | | |
| American Civil Liberties Union, et al | | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| | Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Council on American-Islamic Relations _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CAIR FOUNDATION, INC. | Defendant |
| WASHINGTON TRUST FOUNDATION, INC. | Defendant |

April 10, 2017
Date

/s/ Farida Chehata
Signature

Attorney of record for (or name of party appearing in pro per):

_____

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES