UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARRY KLAYMAN,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN CIVIL LIBERTIES UNION, ET AL<br><br>        Defendants. | Case No. 2:17-cv-01703-FFM<br><br>**ORDER GRANTING CAIR FOUNDATION, INC.'S AND WASHINGTON TRUST FOUNDATION, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

    Having considered the *ex parte* application filed by defendants CAIR Foundation, Inc. and Washington Trust Foundation, Inc. for an extension of time in which to respond to the Complaint, and good cause having been shown, IT IS HEREBY ORDERED that the deadline for CAIR Foundation, Inc. and Washington Trust Foundation, Inc. to respond to the Complaint is extended to May 11, 2017.

Dated: April 11, 2017            /s/ Frederick F. Mumm
                                                     Hon. Frederick F. Mumm