Name and address:
Farida Chehata, Esq.
CAIR-LA
2180 W. Crescent Ave., Ste. F
Anaheim, CA 92801

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Klayman <br><br> v. <br> Plaintiff(s) <br><br> American Civil Liberties Union, et al <br><br> Defendant(s). | CASE NUMBER <br> 17-cv-01703 <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Masri, Lena F.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(248) 390-9784     (248) 928-2298
*Telephone Number     Fax Number*

lmasri@cair.com
*E-Mail Address*

Council on American-Islamic Relations (CAIR)
453 New Jersey Ave SE
Washington, DC 20003
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
CAIR FOUNDATION, INC.
WASHINGTON TRUST FOUNDATION, INC.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel
Chehata, Farida
*Designee's Name (Last Name, First Name & Middle Initial)*

272117      (714) 776-1177     (714) 399-4585
*Designee's Cal. Bar No.   Telephone Number    Fax Number*

fchehata@cair.com
*E-Mail Address*

CAIR-LA
2180 W. Crescent Ave., Ste. F
Anaheim, CA 92801
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  4-25-17

~~U.S. District Judge~~/U.S. Magistrate Judge