## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN CIVIL LIBERTIES UNION, et al<br><br>　　　　Defendants | Case No: 2:17-cv-1703 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Larry Klayman ("Plaintiff") hereby voluntarily dismisses the above-referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice, as to all parties involved in the matter.

Dated: May 3, 2017

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　*/s/ Larry Klayman*
　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　7020 W. Palmetto Park Rd, #15-287
　　　　　　　　　　　　　　　　　　　　Boca Raton, FL, 33433
　　　　　　　　　　　　　　　　　　　　(561) 558-5336
　　　　　　　　　　　　　　　　　　　　leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

      I, Larry Klayman, hereby certify that on this day, May 3, 2017, a copy of the foregoing was filed via this Court's ECF system and served upon all parties and/or counsel of record registered in this Court's ECF system. A copy was served via U.S. Mail to:

Barack Obama
2446 Belmont Road NW
Washington, DC, 20008

                                          */s/ Larry Klayman*
                                          Larry Klayman